# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | |
| Plaintiff, | |
| v. | Case No. 3:13-cv-3073 |
| RUSSELL E. BURKETT and GAYLE BURKETT, | (Judge Mannion) |
| Defendants. | |

## JOINT NOTICE RE STAY OF ARBITRATION

The parties jointly submit this notice to inform the Court of their agreement to stay Defendants' underlying arbitration pending a resolution by this Court of the question of "who decides" class arbitrability. *See* Ex. 1. The question of "who decides" class arbitrability is currently pending on Plaintiff's fully-briefed motion for summary judgment. *See* ECF Nos. 5, 30, 35.

Dated:  September 22, 2014                     Respectfully submitted,

*/s/ Douglas A. Clark (with permission)*          */s/ Daniel T. Donovan*
Douglas A. Clark                                              Daniel T. Brier
The Clark Law Firm, PC                               Myers, Brier & Kelly LLP
1563 Main Street                                           425 Spruce St. Suite 200
Peckville, PA 18452                                      Scranton, PA 18501
Tel: (570) 307-0702                                      Tel: (570) 342-6100
                                                                      Fax: (570) 342-6147

Gerard M. Karam
Mazzoni, Karam, Petorak & Valvano          Daniel T. Donovan (*pro hac vice*)
Suite 201, Bank Towers                               Ragan Naresh (*pro hac vice*)
321 Spruce Street                                         Kirkland & Ellis LLP
Scranton, PA 18503                                     655 Fifteenth Street, NW
Tel: (570) 348-0776                                     Washington, DC 20005
                                                                      Tel: (202) 879-5000
                                                                      Fax: (202) 879-5200
Francis P. Karam
Francis P. Karam, Esq. P.C.
175 Varick Street                                          *Attorneys for Chesapeake Appalachia,*
New York, NY 10014                                   *L.L.C.*
(212) 489-3900

Rachel Schulman
Rachel Schulman, Esq. PLLC
14 Bond Street, Suite 143
Great Neck, NY 11021
(917) 270-7132

*Attorneys for the Burketts*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 22, 2014, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                                               */s/ Daniel T. Donovan*
                                                               Counsel