# EXHIBIT 1

## AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| RUSSELL E. BURKETT AND GAYLE BURKETT, <br><br>    Claimants, <br><br>  v. <br><br> CHESAPEAKE ENERGY CORP., et al., <br><br>    Respondents. | AAA No. 14-115-00436-13 |

## JOINT NOTICE TO STAY

  The parties jointly submit this notice to inform the Panel of their agreement to stay the arbitration pending a resolution by the U.S. District Court for the Middle District of Pennsylvania of the question of "who decides" class arbitrability, which is currently pending before the Court on a fully-briefed motion for summary judgment. The parties will jointly provide notice to the Panel of any relevant action by the Court.

Dated:  September 19, 2014                                          Respectfully submitted,

*/s/ Douglas A. Clark (with permission)*          */s/ Daniel T. Donovan*
Douglas A. Clark                                                      Daniel T. Brier
The Clark Law Firm, PC                                         Myers, Brier & Kelly LLP
1563 Main Street                                                     425 Spruce St. Suite 200
Peckville, PA 18452                                                Scranton, PA 18501
Tel: (570) 307-0702                                                 Tel: (570) 342-6100
                                                                                  Fax: (570) 342-6147
Gerard M. Karam
Mazzoni, Karam, Petorak & Valvano           Daniel T. Donovan
Suite 201, Bank Towers                                      Ragan Naresh
321 Spruce Street                                                  Kirkland & Ellis LLP
Scranton, PA 18503                                              655 Fifteenth Street, NW
Tel: (570) 348-0776                                              Washington, DC 20005
                                                                                 Tel: (202) 879-5000
Francis P. Karam                                                Fax: (202) 879-5200
Francis P. Karam, Esq. P.C.
175 Varick Street                                                  *Attorneys for Chesapeake Appalachia,*
New York, NY 10014                                          *L.L.C.*
(212) 489-3900

Rachel Schulman
Rachel Schulman, Esq. PLLC
14 Bond Street, Suite 143
Great Neck, NY 11021
(917) 270-7132

*Attorneys for the Burketts*