# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CHESAPEAKE APPALACHIA, LLC,** :

    **Plaintiff**                     :       **CIVIL ACTION NO. 3:13-3073**

    **v.**                              :       **(MANNION, J.)**

**RUSSELL E. BURKETT and**    :
**GAYLE BURKETT,**

    **Defendants**            :

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the plaintiff's motion for summary judgment on Count I of this declaratory judgment action, **(Doc. 4)**, is **DENIED**;

**(2)** Count II of the instant declaratory judgment action is **DISMISSED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

                                          s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**Date: October 17, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3073-02-ORDER.wpd