# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**CHESAPEAKE APPALACHIA, LLC,** :

   **Plaintiff**     :     **CIVIL ACTION NO. 3:13-3073**

   **v.**     :     **(MANNION, J.)**

**RUSSELL E. BURKETT and** :
**GAYLE BURKETT,**
                                      :

   **Defendants**
                                      :

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** Chesapeake's motion to vacate the AAA panel's order of January 28, 2014, **(Doc. 25)**, is **DENIED**; and

**(2)** Chesapeake's motion to vacate the AAA panel's order of September 11, 2014, **(Doc. 38)**, is **DENIED**.

                                                s/ *Malachy E. Mannion*
                                                **MALACHY E. MANNION**
                                                **United States District Judge**

**Date: October 17, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-3073-03-ORDER.wpd