**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | |
| Plaintiff, | |
| v. | Case No. 3:13-cv-3073 |
| RUSSELL E. BURKETT and GAYLE BURKETT, | (Judge Mannion) |
| Defendants. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by and between the undersigned attorneys for Plaintiff Chesapeake Appalachia, L.L.C. and Defendants Russell E. Burkett and Gayle Burkett, that this action is hereby dismissed in its entirety with prejudice.  Each party shall bear its own costs and attorneys' fees.

Dated: April 17, 2026                          Respectfully submitted,

/s/ Daniel T. Brier
Daniel T. Brier
Myers, Brier & Kelly LLP
425 Spruce St. Suite 200
Scranton, PA 18501
(570) 342-6100

Daniel T. Donovan
Ragan Naresh
Kirkland & Ellis LLP
1301 Pennsylvania Avenue NW
Washington, DC 20004
(202) 389-5000

*Counsel for Plaintiff,*
*Chesapeake Appalachia, L.L.C., n/k/a*
*Expand Appalachia, LLC*

/s/ Francis P. Karam
Francis P. Karam
Francis P. Karam, LLC
30 Vesey Street
New York, NY 10007
(212) 489-3900

Douglas A. Clark
The Clark Law Firm, PC
1563 Main Street
Peckville, PA 18452
(570) 307-0702

*Counsel for Defendants,*
*Russell E. Burkett and Gayle Burkett*

## **CERTIFICATE OF SERVICE**

I, Daniel T. Brier, hereby certify that on April 17, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties who have appeared in this action via the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Daniel T. Brier
Daniel T. Brier